JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZA GHAZARYAN, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; LAD-MB, LLC, a California Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.: CV 24−255−MWF(PDx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon the review of the parties' Stipulation of Dismissal with Prejudice (Docket no. 17), and for good cause shown,

The Stipulation is GRANTED, and the action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: October 8, 2024

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge